**Order entered April 21, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-19-01262-CR

### LUIS CASTILLO-CORONADO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-71315-R**

## ORDER

Before the Court is the State's April 17, 2020 motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief received with the motion filed as of the date of this order.

/s/    LANA MYERS
       JUSTICE